PER CURIAM.
 

 Appellant, Teddy Keith Wade, challenges his conviction for Organized Fraud, Uttering a Forged Check, and Grand Theft. Because the State did not commence prosecution for the Organized Fraud and Uttering a Forged Check offenses before their respective statutes of limitations expired; and, because the State failed to demonstrate the delay in prosecution was reasonable, we find prosecution for these two offenses was time-barred.
 
 See
 
 § 775.15(5), Fla. Stat. (2005).
 

 We reverse Mr. Wade’s convictions for Organized Fraud and Uttering a Forged Check, affirm his conviction for Grand Theft and remand for the trial court to resentence Mr. Wade consistent with this opinion.
 

 REVERSED.
 

 HAWKES, C.J., KAHN and WEBSTER, JJ., concur.